## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

           Plaintiff,

v.

JANET BIGELOW,

           Defendant.

_____/

Civil Action No.: 16-13486

HON. JUDITH E. LEVY

### CONSENT JUDGMENT

Having reviewed the stipulation herein below, and being otherwise advised in the matter;

**IT IS ORDERED** that judgment be and hereby is entered in favor of the United States of America and against Defendant, Janet Bigelow, in the amount of $4,235.50 as of September 23, 2016, plus a $400.00 filing fee as permitted by 28 U.S.C. § 2412(a)(2), plus pre-judgment interest from September 23, 2016, to entry of judgment, minus all payments made between filing of complaint and judgment, with post-judgment interest to run at the legal rate in effect on such date pursuant to 28 U.S.C. §1961.

10/4/16
DATE

10/6/16
DATE

JANET BIGELOW
Defendant in Pro Per

ANDREA A. ENRIGHT (P70981)
Attorney for Plaintiff