# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

           Plaintiff,        Case No. 16-cv-13486

v.                               Judith E. Levy
                               United States District Judge

Janet Bigelow,

                               Mag. Judge Elizabeth A. Stafford

           Defendant.

_____/

## **CONSENT JUDGMENT**

Having reviewed the stipulation submitted by the parties (Dkt. 3), and being otherwise advised in the matter;

It is ORDERED that judgment be entered in favor of the United States of America and against defendant in the amount of $4,235.50 as of September 23, 2016, plus a $400.00 filing fee as permitted by 28 U.S.C. § 2412(a)(2), plus pre-judgment interest from September 23, 2016, to entry of judgment, minus all payments made between filing of complaint and judgment, with post-judgment interest to run at the legal rate in effect on such date pursuant to 28 U.S.C. §1961.

IT IS SO ORDERED.

Dated: October 11, 2016            s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                                           United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 11, 2016.

                                               s/Felicia M. Moses
                                               FELICIA M. MOSES
                                               Case Manager