**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
                Plaintiff,         CASE NO. 16-13486

-vs-                                    HON. JUDITH LEVY

JANET BIGELOW,
                Defendant.
_____/

## SATISFACTION OF JUDGMENT

TO:  CLERK OF THE COURT

This is to certify that the judgment entered in this case on October 11, 2016, in favor of plaintiff and against defendant, JANET BIGELOW, in the amount of $4,235.50 has been satisfied in full.

I certify under penalty of perjury that the foregoing is true and correct.

                                              Respectfully submitted,

                                              MATTHEW SCHNEIDER
                                              United States Attorney

                              By:    s/JACQUELINE M. HOTZ
                                         Assistant U.S. Attorney
                                         211 W. Fort St., Ste. 2001
                                         Detroit, Michigan 48226
                                         Phone: (313) 226-9108
                                         E-mail: Jackie.Hotz@usdoj.gov

May 22, 2019                        MI Bar No. P35219

## **CERTIFICATION OF SERVICE**

     I hereby certify that on May 22, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

     I further certify that Merima Biogradlija, FSA Paralegal assigned to the Financial Litigation Unit of the U.S. Attorney's Office, has placed the foregoing document in a postage paid envelope and placed said envelope in the United States mail addressed to the following non-ECF participants:

Janet Bigelow, 593 N. State Rd. , Owosso Michigan  48867-8402

                                            s/JACQUELINE M. HOTZ
                                            Assistant U.S. Attorney
                                            211 W. Fort St.,  Ste. 2001
                                            Detroit, Michigan 48226
                                            Phone: (313) 226-9108
                                            E-mail: Jackie.Hotz@usdoj.gov
                                            MI Bar No. P35219